11-mc-0149

## IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : No. 41 ID
:
Administrative Suspension :
Pursuant to Rule 219 of the :
Pennsylvania Rules of :
Disciplinary Enforcement :

FILED
JUL 1 8 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

**AND NOW**, this 18th day of November, 2010, it is hereby ordered that the attorneys named on the attached list are administratively suspended pursuant to Rule 219, Pa.R.D.E. Said administrative suspension shall take effect 30 days after the date of this order pursuant to Rule 217(d), Pa.R.D.E.

John A. Vaskov
Deputy Prothonotary

A true copy Patricia Nicola
as of: November 18, 2010
Attest: Patricia Nicola
Chief Clerk
Supreme Court of Pennsylvania

Disciplinary Board of the Supreme Court of Pennsylvania
## Attorneys Certified for Administrative Suspension

Year: 10-11                                  Active                                  Dec 17, 2010
Philadelphia County

| ID# | Attorney |
|---|---|
| 206001 | Antoniou Alexandra |
| 202913 | Apollo Amy Marie |
| 81829 | Baird Kevin R. |
| 208969 | Bakht Nasreen Jamilah |
| 43630 | Baldassarre Ilene |
| 207788 | Be Sok Houng |
| 94200 | Bigler Benjamin Alan |
| 85190 | Bittenbender Teresa Ooley |
| 203851 | Boland Jill Mikel |
| 76773 | Byers Justina L. |
| 87233 | Cahill John Martin Jr. |
| 201244 | Candelaria Pamela G. |
| 39050 | Chang-Muy Fernando |
| 201855 | Cocke Sarah Chadwick |
| 93759 | Ditzler Alyssa Michele |
| 28218 | Downey Gerard P. |
| 206107 | Dugan Kate Elizabeth |
| 27486 | Echols Alvin Edward Jr. |
| 92032 | Ekert Kristin Michelle |
| 80716 | Elam James Edward |
| 9212 | Factor Marvin W.  — admitted 9-23-1969 |
| 36718 | Garagozzo John Joseph |
| 88813 | Gerngross Adele Williams |
| 85802 | Gonzalez Erica Seret |
| 71176 | Halas Jennifer Josephine |
| 77755 | Hamburg Louise Elizabeth |
| 206501 | Hogan Emmett Michael |
| 92615 | Holmes Ta Tanisha Vernice |
| 201586 | Hughes Bernard Joseph |
| 16570 | Jackman Alan Richard |
| 90609 | Jaffe Robert Erber |
| 88624 | Kane David Christopher |
| 209738 | Kaplan Sarina |
| 90783 | Kelley Jennifer Myungja Field |
| 208489 | Klur Nilmini |
| 206738 | Kohan Erik Michael |
| 35294 | Kopko Maureen Carolyn |
| 59140 | LaRosa James |
| 206021 | Lindbloom Niev Eli |
| 200124 | Mandale Michael Zachary |
| 13138 | Mann Theodore R. |

41